**ORIGINAL**

FILED

03/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0119

# IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0119

---

KEITH E. DOYLE,

     Petitioner,

     v.

STATE OF MONTANA, and
JIM SALMONSEN, Warden,

     Respondents.

ORDER

FILED

MAR 0 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

---

This motion for leave to file a constitutional challenge to § 46-23-1024, MCA, comes before this Court after a July 2, 2019 restriction imposed by this Court on Keith E. Doyle for filing original petitions. We have amended the caption to include the Warden of Montana State Prison, where Doyle is incarcerated. Section 46-22-201(1)(c), MCA.

In *Doyle v. McTighe*, Cause No. OP 19-0156, we issued an Order in which we instructed the Clerk of the Supreme Court to reject any original petitions for extraordinary relief that Doyle seeks to file unless he has been granted leave prior to filing the petition. Doyle seeks such leave here.

We have reviewed the motion. Doyle challenges § 46-23-1024(1)(b), MCA, and its requirement for an initial or on-site hearing to find probable cause for a parole violation. We conclude that the claims which Doyle seeks to raise may be appropriate under habeas corpus. Section 46-22-101, MCA. Accordingly,

IT IS ORDERED that Doyle's Motion for Leave of Court is GRANTED and that he may seek such relief though a petition for writ of habeas corpus. Doyle shall prepare, file, and serve his Petition for Writ of Habeas Corpus along with any supporting documents on or before Friday, April 8, 2022. *See* M. R. App. P. 10, 11, and 14(5).

Upon receipt of Doyle's Petition and documents, the Clerk is directed to file these documents in this case.

The Clerk is also directed to provide a copy of this Order to counsel of record and to Keith E. Doyle along with a copy of this Court's Petition for Writ of Habeas Corpus and Instructions.

DATED this _8th_ day of March, 2022.

For the Court,

By _____

Chief Justice